# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RON SHAR RON WASHINGTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:18-cv-00078 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On February 4, 2019, the magistrate judge issued a Report and Recommendation (DE #17), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 14) is DENIED, and the Commissioner's decision is hereby AFFIRMED.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 19th day of February 2019.

_____
ALETA A. TRAUGER
U.S. District Judge